1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LILLIAN RIVERA FIGUEROA, | Case No. 1:22-cv-00616-BAK |
| 12  Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| 13  v. | WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM |
| 14  COMMISSIONER OF SOCIAL SECURITY, | APPLICATION |
| 15  Defendant. | (ECF No. 2) |
| 16 | |

17

18    Plaintiff Lillian Rivera Figueroa filed a complaint on May 23, 2022, challenging a final

19   decision of the Commissioner of Social Security denying her application for disability benefits.

20   (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to

21   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)

22    However, Plaintiff did not fill in any response with respect to a number of questions,

23   including question 2 (employer information) and 8 (financial obligation or debts owed), nor did

24   she provide a complete response to questions 6 (list and amounts of monthly expenses) or 7

25   (amount of support contributions).  Thus, it appears Plaintiff's application was not sufficiently

26   completed for the Court to determine if she is entitled to proceed in this action without

27   prepayment of fees.

28    Accordingly, the Court will order Plaintiff to complete and file an Application to

Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. Not later than **June 14, 2022**, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **May 24, 2022**

_____
UNITED STATES MAGISTRATE JUDGE